UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| CARTOGRAF, S.A. DE C.V., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:20-cv-00095 |
| § | |
| TITUS CARGO LLC, § | |
| § | |
| Defendant. § | |

## ORDER

The Court now considers its previous order.[1] After granting Plaintiff's request to dismiss Plaintiff's claims, the Court ordered Defendant to file a notice by June 26, 2020, informing the Court whether Defendant intends to prosecute its counterclaim against Plaintiff and warning that the case will be dismissed if Defendant fails to file a timely notice.[2] To date, Defendant has not filed any notice. Accordingly, the Court **DISMISSES** Defendant's counterclaim[3] without prejudice. The Court **GRANTS** counsel's motion to withdraw from representation.[4] This order resolves all issues in this case. The Court instructs the Clerk of the Court to close this case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 6th day of July 2020.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 24.
[2] *Id.* at 2.
[3] *See* Dkt. No. 12.
[4] Dkt. No. 20.